NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER
Gary E. Devlin (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Phone: (310) 909-8000  Fax: (310) 909-8001
ATTORNEY(S) FOR: Defendant, OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YUVON JOHNS

PETITIONER(S)

v.

OCWEN LOAN SERVICING, LLC, et al.

RESPONDENT(S).

CASE NUMBER:
2:16-cv-02244 PJW

**STATEMENT OF NON-CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only)

**(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)**

In accordance with General order 12-02 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge Patrick J. Walsh. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 § U.S.C. 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☒ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Gary E. Devlin | *s/Gary E. Devlin*   04.08.16 | Defendant, Ocwen Loan Servicing, LLC |
| | | |
| | | |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

**CV-11C (05/14)**   STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

American LegalNet, Inc.
www.FormsWorkFlow.com

31645380v1 0985050

# CERTIFICATE OF SERVICE

*Yuvon Johns v. Ocwen Loan Servicing, LLC and Western Progressive LLC, Inc.*

Case No. 2:16-cv-02244-PJW

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On **April 8, 2016**, I served the document(s) entitled, **STATEMENT OF NON-CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,** on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**By Mail**
Yuvon Johns                                         Plaintiff IN PRO SE
8921 Hargis Street
Los Angeles, CA 90034
Phone: (347) 549-8038

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct. Executed on **April 8, 2016**, at Los Angeles, California.

_____
Robin Mojica

INSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
CERTIFICATE OF SERVICE

31644794v1 0985050